UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation, <br><br> Plaintiff, <br> v. <br><br> LA PARADISE, INC., a California Corporation, <br> SMOKE TOKES, LLC, a California Limited Liability Company, <br> SHIRLEEN EUNG a/k/a Shirleen Vuong d/b/a <br> Joy Smoke Shop, an individual & <br> JOHN DOE d/b/a Angie's Boutique, an individual <br><br> Defendants | CASE NO. 02:12 CV 4870 DDP |

**CONSENT ORDER**

Pursuant to their Agreement, Plaintiff Fifty Six Hope Road Music Ltd. ("Plaintiff") and Shirleen Eung a/k/a Shirleen Vuong d/b/a Joy Smoke Shop (hereinafter collectively "Joy Defendants"), hereby stipulate to the entry of this Consent Order as follows:

1. The Joy Defendants, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness,

image, persona, trademark(s), copyrighted images of, signature or other indicia of Bob Marley ("Marley Rights");

2. The Joy Defendants shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

3. The Joy Defendants shall refrain from infringing Plaintiff's established proprietary rights in the Marley trademark and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, goods which bear a copy of the name, image, likeness, photograph, persona, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

4. The Joy Defendants shall otherwise refrain infringing Plaintiff's established proprietary rights at common law and in the Plaintiff's Federal registrations granted as to name, image, likeness, persona, photograph, signature or other indicia of Bob Marley;

5. The Joy Defendants shall refrain from competing unfairly with Plaintiff in any manner by continued use or sale of counterfeit Marley goods or any goods bearing or depicting the name, image, likeness, photograph, persona, trademark(s), signature or other indicia of Marley or any colorable variations or imitations thereof;

6. The Joy Defendants shall refrain from damaging Plaintiff's established goodwill and reputation by diluting the distinctiveness of Plaintiff's established proprietary rights in Marley by holding themselves out as having any business relationship with the Plaintiff.

7. The Joy Defendants shall refrain from competing unfairly with Plaintiff by passing off counterfeit Marley goods as genuine goods of Plaintiff; and

8. The Joy Defendants shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. The Parties agree that, upon entry of this Consent Order, counsel for Plaintiff shall submit a stipulated dismissal of this action with prejudice with regard to those claims against the Joy Defendants.

IT IS SO ORDERED

*[signature]*

U.S. DISTRICT JUDGE

Dated: July 24, 2013