UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation, )<br><br>Plaintiff, )<br>v. )<br>)<br>LA PARADISE, INC., a California Corporation, )<br>SMOKE TOKES, LLC, a California Limited Liability Company, )<br>SHIRLEEN EUNG a/k/a Shirleen Vuong d/b/a )<br>Joy Paradise Shop, an individual & JOHN DOE d/b/a Angie's Boutique, an individual )<br>)<br>Defendants )<br>)<br>) | JS-6<br><br>CASE NO. 02:12 CV 4870 DDP |

## CONSENT ORDER

Pursuant to their Agreement, Plaintiff Fifty Six Hope Road Music Ltd. ("Plaintiff") and L. A. Paradise, Inc. (hereinafter "Paradise Defendants"), hereby stipulate to the entry of this Consent Order as follows:

1. The Paradise Defendants, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness,

image, persona, trademark(s), copyrighted images of, signature or other indicia of Bob Marley ("Marley Rights");

2. The Paradise Defendants shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

3. The Paradise Defendants shall refrain from infringing Plaintiff's established proprietary rights in the Marley trademark and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, goods which bear a copy of the name, image, likeness, photograph, persona, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

4. The Paradise Defendants shall otherwise refrain infringing Plaintiff's established proprietary rights at common law and in the Plaintiff's Federal registrations granted as to name, image, likeness, persona, photograph, signature or other indicia of Bob Marley;

5. The Paradise Defendants shall refrain from competing unfairly with Plaintiff in any manner by continued use or sale of counterfeit Marley goods or any goods bearing or depicting the name, image, likeness, photograph, persona, trademark(s), signature or other indicia of Marley or any colorable variations or imitations thereof;

6. The Paradise Defendants shall refrain from damaging Plaintiff's established goodwill and reputation by diluting the distinctiveness of Plaintiff's established proprietary rights in Marley by holding themselves out as having any business relationship with the Plaintiff.

7. The Paradise Defendants shall refrain from competing unfairly with Plaintiff by passing off counterfeit Marley goods as genuine goods of Plaintiff; and

8. The Paradise Defendants shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. The Parties agree that, upon entry of this Consent Order, counsel for Plaintiff shall submit a stipulated dismissal of this action with prejudice with regard to those claims against the Paradise Defendants.

TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824
(978) 256-6041

*Attorneys for Plaintiff*

WILL HOLBROOK, ESQ.
Kroger Law Group

*Attorneys for Paradise Defendants*

IT IS SO ORDERED
s/ Hon. Dean D. Pregerson
U.S. DISTRICT JUDGE

Dated: 10-8-13

3